Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:13-MJ-111-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |
| ZHANG FAKANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Zhang Fakang, that the Initial Appearance in the above-captioned matter set for February 4, 2014 shall be continued to February 25, 2014 at 2:00 p.m.  Mr. Fakang has been in contact with the office of the Federal Defender, and although their office has not been appointed in this matter as Mr. Fakang has not made an initial appearance, all parties agree to the continuance. Further Mr. Fakang waives personal service of any Summons to Appear in this matter and agrees to appear in person on February 25, 2014 at 2:00 p.m.

Dated:  February 4, 2014            /S/ Susan St. Vincent_____
                                   Susan St. Vincent
                                   Acting Legal Officer
                                   Yosemite National Park

Dated:  February 4, 2014             /S/ Zhang Fakang     _____
                                   Zhang Fakang
                                   Defendant

1

1

**ORDER**

2

3

    For good cause shown, the Court accepts and adopts the above Stipulation and

4

ORDERS that the February 4, 2014, Initial Appearance for U.S. v. Fakang, case

5

number 6:13-MJ-111-MJS, is hereby  continued to February 25, 2014 at 2:00 p.m.

6

7

8

IT IS SO ORDERED.

9

    Dated:   <u>February 20, 2014</u>          <u>/s/ *Michael J. Seng*</u>

10

                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28