HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
ZHANG FAKANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:13-MJ-0111 MJS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ALLOW TELEPHONIC CHANGE OF PLEA |
| ZHANG FAKANG, | |
| Defendant. | Date:  August 20, 2014<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, Matthew McNease, Legal Officer, and Tim Zindel, Assistant Federal Defender, attorney for Zhang Fakang, that the trial scheduled for August 20 may be converted to a hearing on change of plea and sentencing.  A signed plea agreement is attached to this filing.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

The parties further ask that Mr. Fakang be permitted to appear telephonically at the appointed date and time, pursuant to Federal Rule of Criminal Procedure 43 and pursuant to his request in the attached agreement.

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

DATED: August 18, 2014     /s/ *T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorneys for ZHANG FAKANG


DATED: August 18, 2014     /s/ *T. Zindel for*
MATTHEW McNEASE
Legal Officer

**O R D E R**

The above stipulation is adopted insofar that defendant may appear telephonically and enter a guilty plea at 10:00 a.m. August 20, 2014. If he does so, the entry of the guilty plea shall obviate the need for trial. **However, if for any reason the guilty plea is not entered** and a judgment of guilt entered thereon, **trial shall proceed as scheduled.**

IT IS SO ORDERED.

Dated:   August 19, 2014            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE