**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Zhang Fakang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:13-mj-00111-MJS |
| Plaintiff, | |
| v. | **STIPULATION TO AMEND THE BRIEFING SCHEDULE;  ORDER THEREON** |
| ZHANG FAKANG, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, ZHANG FAKANG, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the briefing schedule currently in place for the above captioned matter be extended.

New defense counsel was appointed May 6, 2016.  The Federal Defender's Office mailed their file to defense counsel on May 6, 2016, but it was inadvertently mailed to defense counsel's old address.  To date, the file still has not been received, but it is supposedly in-route.

The authorization for the transcript of the Motion to Quash hearing was filed on May 9, 2016, and the transcript was ordered on May 16, 2016.  The transcript has not been received yet.

The parties hereby stipulate that the schedule be amended as follows:  Parties shall file

simultaneous briefs on July 6, 2016.  Responses to briefs shall be due by July 20, 2016.  The Status Conference on the Probation Violation Petition shall remain on September 13, 2016, at 10:00 a.m.

These dates are predicated on the defense receiving the Federal Defenders file and the transcript within the next 10 days.

Dated:  May 20, 2016                              /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
                                                  Attorney for Defendant,
                                                  ZHANG FAKANG

Dated:  May 20, 2016                              /s/ Susan St. Vincent
                                                  SUSAN ST. VINCENT
                                                  Acting Legal Officer
                                                  National Park Service

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The briefing schedule in Case 6:13-mj-00111-MJS shall be amended as follows:  Parties shall file simultaneous briefs on July 6, 2016.  Responses to briefs shall be filed by July 20, 2016.  The Status Conference currently set for September 13, 2016 at 10:00 a.m. shall remain as previously scheduled.

IT IS SO ORDERED.

Dated:   May 24, 2016                             /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO AMEND
THE BRIEFING SCHEDULE,
[PROPOSED] ORDER THEREON                2