**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, ZHANG FAKANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br><br>ZHANG FAKANG,<br><br>     Defendant. | CASE NO.  6:13-mj-00111-MJS<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND ADVANCE FOR CHANGE OF PLEA AND SENTENCING, ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, ZHANG FAKANG, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference on the Probation Violation Petition in the above captioned matter currently set for September 13, 2016, at 10:00 a.m. be vacated and the matter be advanced for a Change of Plea / Sentencing hearing on the Probation Violation Petition on July 20, 2016 at 10:00 a.m.

Dated:  June 28, 2016              /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant,
                                   ZHANG FAKANG

Dated:  June 28, 2016              /s/ Susan St. Vincent
                                   SUSAN ST. VINCENT
                                   Legal Officer
                                   National Park Service

STIPULATION TO VACATE STATUS
CONFERENCE AND ADVANCE FOR PLEA & SENTENCING
[PROPOSED] ORDER THEREON              1

ORDER

The Court, having reviewed the above request to vacate the Status Conference and set matter for Change of Plea / Sentencing, HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, ZHANG FAKANG, currently scheduled for September 13, 2016, at 10:00 a.m. shall be vacated. The matter shall be set for Change of Plea / Sentencing on the Violation of Probation Petition on July 20, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 30, 2016                    /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO VACATE STATUS
CONFERENCE AND ADVANCE FOR PLEA & SENTENCING
[PROPOSED] ORDER THEREON                    2