**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, ZHANG FAKANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHANG FAKANG,<br><br>Defendant. | CASE NO.  6:13-mj-00111-MJS<br><br>**STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR TELEPHONIC APPEARANCE AT CHANGE OF PLEA / SENTENCING HEARING , ORDER THEREON** |

  Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant ZHANG FAKANG, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his change of plea / sentencing appearance, and be allowed to appear by telephonic appearance.  Mr. Fakang agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

  Mr. Fakang is charged in an Affidavit of Alleged Probation Violations with Failing to Report new Offenses and Failure to Obey All Laws.  These violations were based on traffic convictions he received on May 6, 2015, and June 6, 2015.

  Mr. Zakang resides in Shanghai.  He will be in Shanghai on July 20, 2016.  Mr. Zakang is employed, but airfare from Shanghai to Fresno, California is approximately $1,700.  Mr. Zakang

1 was present in court for a motion hearing regarding the Probation Violations on May 3, 2016.

2      Mr. Zakang respectfully requests that the Court grant a waiver of his right and obligation

3 to be personally present for his change of plea / sentencing hearing scheduled for July 20, 2016 at

4 10:00 a.m, and allow him to appear telephonically.

5      Susan St. Vincent, Legal Officer for the National Park Service, does not object to the Rule

6 43 Waiver or to Mr. Zakang appearing by telephone at his change of plea / sentencing hearing on

7 the Probation Violation Petition on July 20, 2016.

8

9 Dated:  July 7, 2016                  /s/ Carol Ann Moses
                                                    CAROL ANN MOSES

10                                                      Attorney for Defendant,
                                                     ZHANG FAKANG

11

12 Dated:  July 7, 2016                  /s/ Susan St. Vincent
                                                     SUSAN ST. VINCENT

13                                                      Yosemite Legal Officer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

GOOD CAUSE APPEARING, Defendant's request to appear telephonically in lieu of a personal appearance at his change of plea / sentencing hearing on July 20, 2016, in Case 6:13-mj-00111-MJS, is granted.

IT IS SO ORDERED.

Dated:   July 7, 2016                    /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE