**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, ZHANG FAKANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>ZHANG FAKANG,<br><br>　　　　　Defendant. | CASE NO.  6:13-mj-00111-MJS<br><br>**PETITION TO VACATE REVIEW HEARING SCHEDULED FOR DECEMBER 20, 2016; ORDER THEREON** |

　　　　The Defendant, ZHANG FAKANG, petitions the Court to vacate the review hearing currently scheduled for December 20, 2016, at 10:00 a.m.  Mr. Fakang has satisfied all conditions of probation.

　　　　Mr. Fakang was sentenced for a probation violation by this Court on July 20, 2016.  His probation was extended 6 months through December 20, 2016.  He was to complete 30 hours of community service and obey all laws.

　　　　Mr. Fakang completed all his sentencing obligations; completed his community service hours and obeyed all laws.  As such, Mr. Fakang, requests his review hearing be vacated.

Dated:  November 28, 2016　　　　　　/s/ Carol Ann Moses_____
　　　　　　　　　　　　　　　　　　CAROL ANN MOSES
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　ZHANG FAKANG

ORDER

The Court, having reviewed the above request to vacate the Review Hearing HEREBY

ORDERS AS FOLLOWS:

The Review Hearing for Defendant, ZHANG FAKANG, currently scheduled for December 20, 2016, at 10:00 a.m. in case number 6:13-mj-00111-MJS shall be vacated.

IT IS SO ORDERED.

Dated:   November 28, 2016         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE